## **AFFIDAVIT IN SUPPORT OF SEARCH WARRANT**

I, Michael S. Robinson, Task Force Officer, United States Department of Justice, Federal Bureau of Investigation (FBI), being duly sworn, state:

### **I. INTRODUCTION**

1.      I am a Task Force Officer with the Federal Bureau of Investigation (FBI).  As such, I am "an investigative or law enforcement officer of the United States," within the meaning of 18 U.S.C. § 2510(7), that is, an officer of the United States empowered by law to conduct investigations and make arrests for offenses enumerated in 18 U.S.C. § 2516.  I became a Police Officer with the Billings Police Department in March of 2003.  I have worked approximately eight years as a uniformed patrol officer.  I have also worked approximately eight years as a detective for the Billings Police Department.  For one and one half of those years I was assigned to investigate crimes against children.  In addition to these crimes I also investigated homicides, robberies, thefts and assaults.  When I was not assigned to the general investigations division I have worked at the Eastern Montana High Intensity Drug Traffic Area (EMHIDTA).  During the approximate six years at EMHIDTA I was assigned to the Federal Bureau of Investigations as a Task Force Officer (TFO).  I have been assigned to work federal, state, and local narcotics investigations but target federal interstate narcotics investigations.

2.     Throughout my career, I have received specialized training from a variety of federal, state, and local law enforcement agencies concerning several law enforcement topics.

3.     Specifically, I have conducted or assisted with investigations relative to the manufacture, smuggling and distribution of controlled substances and the subsequent illicit transfer and laundering of the proceeds derived from the sale of controlled substances.  I have also participated in numerous narcotics investigations which have resulted in the seizure of large quantities of controlled substances, firearms, and contraband associated with violations of Title 18 and Title 21 of the United States Code.  I am familiar with, and have participated in, all of the normal methods of investigation, including but not limited to visual surveillance, questioning of witnesses, the use of search and arrest warrants, the use of informants, the use of pen registers, the utilization of undercover agents, the use of Grand Jury, and the use of court authorized wire and electronic intercepts. Additionally, I have consulted with other Agents who have been involved in similar investigations.

4.     Throughout my career, I have discussed with numerous law enforcement officers, cooperating defendants, and informants, the methods and practices used by gang members and narcotics distributors and I am familiar with their typical methods of operation, including, the manufacturing, distribution,

2

storage and transportation of narcotics, and the collection of money which represents the proceeds of narcotics trafficking and money laundering.

## II.    DESCRIPTION

5.    This Affidavit is submitted in support of an application for a search warrant for eight packages/letters.  These packages are described further in Attachment A and will be referred to as PACKAGES/LETTERS hereafter.  The statements in this Affidavit pertain to the investigation described below and are based in part on information provided by my own observations and experience as an FBI Task Force Officer, and the observation and experiences of other fellow law enforcement officers participating in the investigation.  This Affidavit does not purport to contain all facts related to this investigation, but only those facts necessary to establish probable cause with respect to the aforementioned offense. The items to be seized from the PACKAGES/LETTERS are specifically described in Attachment B, which constitute the fruits, instrumentalities, and evidence of violations 21 U.S.C § 841 (a) (1) and 846.

## III.    PROBABLE CAUSE

6.    On December 18th, 2018, at approximately 0300 hours an Ontario plated truck arrived at the Blue Water Bridge in Port Huron, MI.  The truck was a Canadian Cartage carrying the commodity of Canadian mail destined for the United States.  The truck was referred to the Blue Water Bridge Centralized

3

Examination Station (CES) for an intrusive exam for narcotics interdiction/enforcement. Customs and Border Patrol Officers (CBPO) were assigned to complete the examination at the CES. During the examination the CBPO's opened a package from, "Roy Paul, 203 Pine St., Kingston, Ontario Canada K7K1W6" and going to Gregory Green 1716 Westwood Dr., Billings, MT 59102". The package was labeled "Organic Fitness Vitamin" with a tracking #LM108118. Upon CBPO opening the package they found a vacuum sealed package containing green pills marked S/90/3. These pills were found to be Xanax pills. The package was turned over to Homeland Security Investigator (HSI) Special Agent Leonard. The pills were counted and totaled 1471 pills. The pills were placed in a seizure bag along with the original packaging. HSI Special Agent Leonard contacted HSI Special Agent Barrera who works in Billings at the Eastern Montana HIDTA with myself. HSI Special Agent Barrera and I decided to have the package sent to Billings via FedEx.

7. On December 20th, 2018, HSI Special Agent Barrera received the package via FedEx. The package was brought to the EMHIDTA office where I took possession of it. The package was opened and the 1471 Xanax pills were found in the HSI seizure bag. I used the pill identifier on Drugs.com and ran the markings from the pills, S/90/3. It returned to 2mg Alprazolam which is a

schedule IV drug. These pills are commonly referred to as Xanax. The evidence was then secured in the EMHIDTA evidence room.

8.      Agents contacted the US Postal Inspector for Montana, Walt Tubbs. He stated he would assist Agents in a controlled delivery if needed at a later date. He also provided Agents with a list of packages to the residence of 1716 Westwood Dr. since 12/20/17. The list contained approximately 112 packages from various locations to include Canada.

9.      Agents researched Gregory Green and did not find him locally listed. Using a nationwide people search (TLO), Agents found a Gregory P Green with a Date of Birth of XX-XX-1955 listed at 1716 Westwood Dr. A criminal history check on Gregory Green showed arrests for arson, theft and disorderly conduct from 1975 to 1981 but nothing since.

10.     On January 2nd, 2019, I wrote an anticipatory District Court search warrant for the address of 1716 Westwood Dr. The search warrant execution was contingent on the package being delivered and taken into the residence. The search warrant was presented to District Court Judge Harris. After reviewing the warrant, Judge Harris signed it.

11.     Agents decided to conduct a controlled delivery on the package on January 3rd, 2019. In preparation of this, I took 50 of the Xanax bars and placed them in a bag containing approximately 500 grams of ice melt as the original

5

package weighed 521 grams. The bag with the ice melt and Xanax bars were placed back inside the original packaging and sealed.

12.     In the early morning of January 3rd, 2019, Agents began surveillance on the residence. At approximately 0938 hours US Postal Inspector Tubbs delivered the package to the residence. An older female answered the door, took possession of the package and took it inside. After a few minutes, Agents approached the residence to execute the search warrant.

13.     Agents began to knock on the door and announce their presence. The same female answered the door and Agents entered the residence. In addition to the female (Jeanine Roberts), Agents located Gregory Green in an upstairs office and Brittany Green in a downstairs bedroom. All the occupants were taken outside to be identified and interviewed. When Agents were in the basement they located a living room and an adjacent bedroom that was littered with drugs and drug paraphernalia to include what Agents originally believed to be a clandestine methamphetamine lab.

14.     The Billings Fire Department Hazmat team was called to the scene to assist Agents in determining what was located in the basement and if it was a safety concern.

15.     Brittany Green was taken to a vehicle and identified. For officer safety and public safety reasons Agents began to ask questions about what was

located downstairs. She told Agents that she was a drug addict and she "washed" methamphetamine. She was under the influence of narcotics and could not fully explain what was downstairs and what it was used for. After being advised of her Miranda Rights she requested a lawyer.

16.     Detective Buechler and I attempted to interview Gregory Green but he did not wish to provide information.

17.     Detective Buechler and I interviewed Jeanine Roberts, Date of Birth XX-XX-1933. She provided background information on herself and Gregory Green. She described themselves as anti-social people that seldom leave the residence and have no family or friends. She explained how Gregory has an office that he works out of and that his daughter, Brittany, lives in the basement. She stated she had no information on drug activity or the comings and goings of packages from the residence. After speaking to her she left the area and returned after Agents were done.

18.     As Agents did the interviews, the Billings Fire Department entered the residence and determined the house not to be a public safety risk and Agents could complete the search warrant with proper personnel protection equipment.

19.     As Agents began to search the residence it was evident that this was a very large scale drug operation being run from the residence. The computer in Gregory Green's room displayed the "dark web" and showed a screen where he

was selling Xanax bars to people across the county.  He had paperwork in the office that showed he was using "bitcoin" as a currency for the drug trade. Throughout his office, bedroom and also Brittany Green's bedroom and living room area Agents located hundreds of items of drug paraphernalia.  One item in his office was a sealed (ready to be sent) package.  In the package was a plastic wrapped metal container made to look like a bandage container with a homemade label.  Inside this container was a sealed baggie containing approximately 7 grams of suspected methamphetamine and two Xanax bars.  There was packaging material in the residence to send hundreds of items through the mail similar to this. In the Office Agents seized approximately 100 grams of suspected methamphetamine, several thousand Xanax bars as well as other scheduled drugs and other items of evidence.  In the basement Agents seized approximately 122 grams of suspected methamphetamine, ketamine, carfentanil and other controlled drugs.  Also located in the basement were hundreds of feet of glass tubing that were being made into glass pipes, a 100 pound butane tank and instructions/ recipes for Brittany Green on how to combine drugs for distribution.  A sample of the suspected methamphetamine was tested using a NIK kit and it tested positive for methamphetamine.

20.  As Agents were at the residence searching, a USPS mailman delivered four packages and two letters to the mailbox of 1716 Westwood Dr.  Agents took

these packages out of the mail box and looked at them. They were all to Gregory Green at 1716 Westwood Dr, Billings, MT. Three of the packages were similar in size and shape to the controlled delivery package. All three were from the same, "Paul Roy 203 Pine St., Kingston, ON, Canada K7K1W6" and listed as either "Health Fruit Organic supplement" or "Organic Fitness Vitamin". A USPS Priority mail 2-day package from David Weatninston, 4045 N. Montana Ave Apt. B, Portland, OR 97227 was also located along with two letters. The letters were from, "Positive People, Maithali Apts, 1st Floor, Opp Gov't, St. Inez, Panaji, India" and "Farah Yilmaz, Weeskinderendijik 85, 3314 CM Dordrecht, Nederaland". A short time later a UPS delivery truck showed up and had a package to "Gregory Green, 1716 Westwood Dr, Billings, MT 59102". This package was from, "WalMartcom 9195-Las Vegas, 3382 Marion Drive, Las Vegas, NV 89115".

21.     Agents arrested Gregory Green and Brittany Green and transported them to the Yellowstone County Detention Center.

22.     The seven packages/letters were transported to the EMHIDTA office where they were secured. Agents believe illegal narcotics, paraphernalia, documents, forms of payments or others items of evidence are in the seven packages/letters.

23.     On January 8th, 2019, I received a federal search warrant for seven packages addressed to Gregory Green at 1716 Westwood Dr. Agents executed the

search warrant on the packages later in the afternoon. The three packages from

"Paul Roy" each contained more Xanax bars for approximately 4,500 bars total.

The package from Portland, OR contained approximately 16 grams of a tan

substance concealed in several layers of packaging. The letter from India

contained a package labeled Phenobarbitone Tablets concealed in several layers of

packaging. The letter from the Netherlands contained a tin foil package that

contained an unknown substance. Nothing of evidentiary value was seized from

the Wal-Mart box. Agents believe all the substances seized from the

packages/letters are controlled substances. None of the items were opened and are

pending results from the DEA laboratory.

24.     On January 11th, 2019, US Postal Inspector Tubbs contacted me about

packages going to 1716 Westwood Dr. Agents had requested a stop delivery at

this location on January 3rd, 2019. US Postal Inspector Tubbs stated several more

PACKAGES/LETTERS had been stopped and were located at an USPS office.

25.     On January 15th, 2019, HSI Agent Pawlowski and I met US Postal

Inspector Tubbs at the Post Office located at 2250 Grant Rd. Agents went through

the stopped mail and found several more PACKAGES/LETTERS going to

Gregory Green at 1716 Westwood Dr. In total Agents seized eight

PACKAGES/LETTERS as evidence as it is believed they contain evidence of drug

trafficking. There were two boxes from the Netherlands, one from Spain, one from

10

Canada, three from England and one from Torrance, CA.  All these were transported to the EMHITDA evidence room where they are secured pending a search warrant.   See Attachment A for complete list of the PACKAGES/LETTERS to be searched.

## IV.   CONCLUSION

26.     Based upon the foregoing information, it is my belief that the PACKAGES/LETTERS specifically described in Attachment A, contain evidence in violation of 21 U.S.C § 841 (a) (1) and 846, contraband, fruits of the crime or other items illegally possessed, or property intended to use, or used in committing the crime, and I am seeking a search warrant to seize that evidence, which is specifically described in Attachment B.

27.     I swear that the facts presented herein are true and accurate to the best of my knowledge.

_____

Michael S. Robinson
Task Force Officer
Federal Bureau of Investigation

SWORN AND SUBSCRIBED TO BEFORE ME THIS __/6__ DAY OF JANUARY, 2019.

_____

Honorable Timothy J. Cavan
United States Magistrate Judge
District of Montana

12